Edwin J. DUNN, Plaintiff/Respondent,

v.

Janice M. DUNN, Defendant/Appellant.

No. 73717.

Missouri Court of Appeals,
Eastern District,
Division One.

July 20, 1999.

Ellen Watkins, John Bleckman, Ellen Watkins & Associates, P.C., St. Louis, for appellant.

Alan E. Freed, Alisse C. Camazine, Paule, Camazine & Blumenthal, P.C., St. Louis, for respondent.

Before PUDLOWSKI, P.J., CRANDAL and AHRENS, J.J.

*ORDER*

PER CURIAM.

Janice M. Dunn appeals the judgment of the trial court in modifying the judgment of dissolution by a retroactive decrease of child support and in its determination of the child support amount.

We have read the briefs, reviewed the legal file and transcript. We find no error of law and no jurisprudential purpose will be served by an extended written opinion. Judgment affirmed in accordance with Rule 84.16(b).

Charles J. McMULLIN, Appellant,

v.

JOSEPH GANGLOFF ESTATE,
Respondent.

No. 75052.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 20, 1999.

Charles J. McMullin, St. Louis, pro se.

Mark Ostenfeld, St. Louis, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Appellant appeals the judgment of the Probate Court of the city of St. Louis which denied his petition for attorney's fees against the Estate of Joseph J. Gangloff. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided the parties with a brief memorandum opinion, for their use only, explaining the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).